604

427 A.2d 1209

Commonwealth v. Perrone, Appellant.

Submitted November 16, 1979. William M. Panella, for appellant; Donald E. Williams, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

427 A.2d 1209

Commonwealth v. Strohl, Appellant.

Submitted June 29, 1979. Terence L. Faul, for appellant; John E. Gallagher, District Attorney, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgment of sentence affirmed.